Print Name: Justin A. Holt
Sid #: 23744012
SRCI
777 stanton Blvd.
ontario, OR, 97914

# IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

Justin Aaron ,

Holt
23744012

v.

Zachary Battles Atty.,
Gen. IDAHO Health And welfare
·et.Al

2:26-cv-01427-SB

Civil Action No. New case file

MOTION FOR 1983 §42
Habeas Corpas

1.

COMES NOW, the Plaintiff, Justin A. Holt , and hereby petitions this court for

Is suing outright Zachary Battles, IDAHo health and welfare, And chelsea, Waeden, for one sided court Dealing, And Extortion. Plainiff Justin Aaron Holt Was Miss represented, And over taxed.

2.

Chelsea, Warden (Defendent, is using or used, Zachary Battles to Carry out Excesive Actions Against Plaintiff Justin Aaron Holt. Chelsea Warden Already has A Domestic Violance Against Plaintiff Justin Aaron Holt, in canyon County IDAHO. They Are using IDAHO courts And IDHW to excesivly retaleate. OREgon is where The Plaintiff

Page 1 of 4 MOTION FOR 1983 civil 42 Habeas corp

Form 39.155

Justin A. Holt lives, And will Continue to live. They tried to order in Case No. CVIS-26-0113 That IDAHO And chelsea would be Paid Directly.

Federal DOJ laws state That OREGON child support is who Covers The Plaintiffs side of Case, due to OREGON is His residiance, And will Continue.

The Attorney Zachary Battles was Excesive, And Leaned soley on chelsea Wardens side Due to 'Race' Apeal.

3.

There for Justin Aaron Holt, is Filing suit Against Zachary Battles, chelsea Warden, And IDAHO child Health And Well fare for 1. Racial Predudace By Zachary Battles And chelsea Warden. 2. Extortion using The Courts And (IDHW) IDAHO Healt And Welfare.

4.

Plaintiff is being outright Extorted For chelsea Wardens Benifett. A one sided Case was Carried out.

Relief.

A Different set of Aggrements. First, The Attorney ignored Plaintiffs letters, And sided with chelsea Warden, There for, The Defendent chealsea Warden should share cost of Attorney Fees, seeing it was her Attorney. Second only 200 $ Monthly to OREGON child support where Plaintiff Pays to. Third The Brother of chelsea Warden, A Proven sexual Deviant, has no contact With Micheal Aaron Warden. (for safety), And last, Micheal Warden's Name bare the Fathers last Name by law.

Case Held till Findings of law suit

Page 2 of 4 Motion for 1983 242 Habea corpus.

Cover sheet For Defendant Address's

ADDRESSes of Defendants:

Chelsea Lane, warden
P.O. Box 11
Ahsahka, ID, 83520
Phone (986) 866-1083

Zachary Battles
Special Deputy Attorney General
1304 Idaho street
P.O. Box 854
Lewiston, ID, 83501-0854
Fax (208) 746-9553
ISB# 9554

IDAHO health and Welfare
P.O. Box 70008,
Boise, ID, 83707-0109

Page 4 of 4 Motion For Habeas,

Dated this 9 day of July 20 26.

Respectfully Submitted,

(Signature)
Print Name: Justin Aaron Holt
Sid #: 23744012
SRCI
777 stanton Blvd
Ontario, OR, 97914

Page 3 of 4 MOTION FOR 1453 242 Habeas corp.

Form 39.155